JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 -- In re Storage Technology Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/09 | 1 | MOTION/MEMORANDUM, SCHEDULE OF ACTIONS -- STC Computer Research Corp., STC Computer Systems Corp., STC Computer Finance Corporation, Storage Techonology Corp., Storage Technology Partners, Jesse I. Aweida, Fred K. Buelow, Zoltan L. Herger, William J. Perry, L.J. Sevin, Richard C. Steadman, Naim A. Aweaida, Frank P. Burnetta, Robert Burgin, Charles R. Collins, David J. Dunn, Robert E. LaBlanc, Charles J. Siefert, Thomas F. Wands, and Erik T. Ringkjob w/cert/ of svc. -- NOTIFIED INVOLVED COUNSEL -- SUGGESTED TRANSFEREE DISTRICT: N.D. California -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 84/04/13 | | HEARING ORDER -- Setting motion to transfer A-1 - A-13 for Panel hearing in Washington, D.C. on May 17, 1984 (cds) |
| 84/04/17 | 2 | AMENDMENT TO SCHEDULE -- adding A-14 Raymond L. Sachs v. Storage Technology Corp., et al., D.Colo., #84-611 -- w/cert. of service (cds) |
| 84/04/20 | 3 | JOINDER IN MOTION -- Michael Abelson w/cert. of svc. (ds) |
| 84/04/19 | | APPEARANCES -- DONALD E. EGAN, ESQ. for Michael Abelson; JEROME L. BRAUN, ESQ. for Stuart Abelson; SHARON GREEN ESQ. for Yenching Wu., N.D., et al.; JEFFREY L. SMITH, ESQ. for Griffin Investments, et al., B&W Co., et al. and William H. Lacy, et al.; MARK R. EATON, ESQ. for JS Partners; THOMAS J. MELLON, JR., ESQ. for Crocker National Bank, N.A.: WILLIAM Z. pentelovitch, esq. for Russell H. Baumgardner and Franklin N. Groves; JEFFREY B. RUDMAN, ESQ. for STC Computer Research Corp., STC Computer Systems Corp., STC Computer Finance Corp., Storage Technology Corp., Storage Technology Partners, Jesse I. Aweida, Fred K. Buelow, Zoltan L. Herger, William J. Perryu, L.J. Sevin, Richard C. Steadman, Erik T. Ringkjob, Naim S. Aweida, Frank P. Brunetta; Robert A. Burgin, Charles R. Collins, David J. Dunn, Robert E. LaBlanc, Charles J. Siefert and Thomas F. Wands; CHRISTOPHER CROWLEY, ESQ. for Smith Barney, Harris Upham & Co., Inc. (ds) |
| 84/04/23 | 4 | AMENDMENT TO SCHEDULE -- to include A-15 Joseph F. Fogarty, Jr., et al. v. Storage Technology Corp., et al., S.D. Fla., C.A. No. 84-0673-CIV-EPS -- Notified involved counsel (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/24 | 5 | MEMORANDUM -- pltf. Stuart Abelson w/cert. of svc. (ds) |
| 84/04/24 | 6 | CROSS-MOTION -- pltfs. Griffin Investments, et al., B&W Co., et al., William H. Lacy, et al. and Dave Wolf, Jr., et al. -- CROSS-MOTION IS ALSO ADDING ADDITIONAL ACTION FOR TRANSFER -- (A-16 Dave Wolf, Jr., et al. v. Storage Technology Corp., et al., D. Colo., C.A. No. 84-M-850 -- SUGGESTED TRANSFEREE DISTRICT: D. Colorado (ds) |
| 84/04/25 | 7 | STATEMENT(RESPONSE) -- Yenching Wu, M.D. et al. w/cert. of svc. (ds) |
| 84/04/25 | | APPEARANCES -- JEFFREY J. KEYES, ESQUIRE forDale R. Olseth; GEORGE G. ECK, ESQ. for A. Edward Bailey (ds) |
| 84/04/26 | 8 | JOINT STATEMENT (RESPONSE) -- Baumgardner, Groves, Olseth and Bailey w/cert. of svc. (ds) |
| 84/04/26 | 9 | AMENDED JOINT STATEMENT (RESPONSE) -- (to reflect page No. 4 -- Baumgardner, Groves, Olseth and Bailey w/cert. of svc. (ds) |
| 84/04/30 | 10 | REPLY -- Movants w/cert of service (rew) |
| 84/05/01 | 11 | MEMORANDUM --Smith Barney, Harris Upham & Co. w/cert. of svc. (ds) |
| 84/05/09 | | AMENDMENT TO HEARING ORDER OF APRIL 13, 1984 -- Setting Motion to transfer A-1 and A-2 to N.D. California and Cross-Motion to transfer A-1 through A-3 to D. Colorado for Panel Hearing in Washington, D.C. on May, 17, 1984 (cds) |
| 84/05/09 | 12 | RESPONSE (to pldg. 6) -- Stuart Abelson -- w/Exhibit A and cert. of service (cds) |
| 84/05/09 | 13 | RESPONSE (to pldg. 6) -- Michael Abelson -- w/Exhibit A and cert. of service (cds) |
| 84/05/11 | | WAIVERS OF ORAL ARGUMENT -- Crocker National Bank, et al.; Dale Olseth and A. Edward Bailey (ds) |
| 84/05/11 | 14 | REPLY -- Colorado plaintiffs -- w/cert. of service (cds) |
| 84/05/11 | | AMENDED CERTIFICATE OF SERVICE -- attached to pldg. #13 -- (submitted by Michael Abelson) (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 -- In re Storage Technology Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/05/16 | | HEARING APPEARANCES -- Jeffrey B. Rudman, Esq. for All Defendants except Smith Barney, Upham Harris & Co., Inc.; Donald E. Egan, Esq. for Michael Abelson; Jerome I. Braun, Esq. for Staurt Abelson; Jeffrey L. Smith, Esq. for Griffin Investments, et al., B&W Co., et al., William H. Lacy, et al., and Dove Wolf, Jr., et al.; David F. Herr, esq. for Russell H. Baumgardner, Franklin N. Groves, A. Edward Bailey and Dale Olseth; Sharon Green, Esq. for Yenching Wu, et al. and Mark R. eaton, Esq. for JS Partners (ds) |
| 84/05/16 | | WAIVERS OF ORAL ARGUMENT -- Crocker National Bank, et al.; Dale Olseth; A. Edward Bailey (ds) |
| 84/05/25 | | APPEARANCE: TIMOTHY J. ARMSTRONG, ESQ. FOR Joseph F. Fogarty, Jr., et al. (cds) |
| 84/06/22 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Spencer M. Williams in the Northern District of California pursuant to 28 U.S.C. §1407. (ds) |
| 84/06/22 | | TRANSFER ORDER -- transferring A-4 thru A-7 and A-9 thru A-16 to the N.D. California for pretrial proceedings and assigned to the Hon. Spencer M. Williams pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 84/08/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-17 Harry H. Harkins v. Storage Technology Corp., et al., M.D. Florida, C.A. No. 84-419-CIV-T-17. Notified involved counsel and judge (rh) |
| 84/08/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- A-17 Harkins v. Storage Technology Corp., et al., M.D. Fla., 84-419-CIV-T-17 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 85/02/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18 Oliver M. Edwards, III, et al. v. Smith Barney, Harris Upham & Co., Inc., et al., D. New Mexico, C.A. No. CIV-84-1875-C Notified involved counsel and judge (rh) |
| 85/02/22 | 15 | NOTICE OF OPPOSITION TO CTO (B-18) Oliver M. Edwards, III, et al. v. Smith Barney, Harris Upham & Co., Inc., D. New Mexico, #CIV-84-1875 C -- plaintiffs Oliver M. Edwards, III, et al. -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 -- In re Storage Technology Securities Litigation

| Date | Ref. | Pleading Description |
| --- | --- | --- |
| 85/03/11 | 16 | MOTION/BRIEF TO VACATE CTO -- B-18 Edwards, III, et al. v. Smith Barney, et al., D. N.Mex., CIV-84-1875 C -- filed by pltfs. Oliver M. Edwards, III, et al. -- w/cert. of svc. (emh) |
| 85/03/25 | 17 | MEMORANDUM (re: pldg. #16) -- defts. Smith Barney, Harris Upham & Co., Inc., Gilbert A. Hitchcock, ERnest McCollum, Jack Wilson and Elizabeth Kelly w/exhibits A and B and cert. of svc. (ds) |
| 85/04/12 | | HEARING ORDER -- Setting Opposition of B-18 to transfer for Panel hearing on May 16, 1985, in Wash., D.C. (ds) |
| 85/05/16 | | WAIVERS OF ORAL ARGUMENT: All waived (cds) |
| 85/05/29 | | TRANSFER ORDER -- transferring B-18 Oliver M. Edwards, III, et al. v. Smith Barney, Harris Upham & Co., Inc., et al., D. New Mexico, C.A. No. CIV-84-1875-C to the N.D. California for pretrial proceedings pursuant to 28 U.S.C. §1407 -- notified involved clerks, judges and counsel. (ds) |
| 85/06/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-19 William H. Lacy v. Robert W. Chernow, et al., E.D. Wisc., C.A. No. 85-C-0738 -- Notified involved counsel and judges. (ds) |
| 85/06/21 | 18 | NOTICE OF OPPOSITION -- B-19 William H. Lacy v. Robert W. Chernow, et al., E.D. Wisconsin, C.A. No. 85-C-0738 -- filed by pltf. William H. Lacy -- Notified involved counsel and judge. (ds) |
| 85/07/10 | 19 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER (B-19) Lacy -- pltf. Lacy -- w/Attachments and cert. of service (cds) |
| 85/07/23 | #20 | RESPONSE (to pldg. #19) -- defts. Robert W. Chernow and Smith Barney, Harris Upham & Co., Inc. -- w/Attachments and cert. of service (cds) |
| 85/08/09 | 21 | REPLY -- (to pldg. #19) pltf. William H. Lacy -- w/cert. of svc. (rh) |
| 85/08/16 | | HEARING ORDER -- Setting opposition to transfer of B-19 for Panel hearing in Indianapolis, Indiana on September 19, 1985 (rh) |
| 85/09/18 | | HEARING APPEARANCES: GEORGE P. KERSTEN, ESQ. for William H. Lacy; ROBERT V. ABERDROTH, ESQ. FOR Robert W. Chernow, et al. (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 -- In re Storage Technology Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/09/18 | | WAIVERS OF ORAL ARGUMENT: FIRST INTERSTATE BANK OF SANTA FE, N.A.; Storage Technology Corp.; Michael Abelson; Crocker Nat'l Bank, et al.; Stuart Abelson (cds) |
| 85/09/25 | | TRANSFER ORDER -- transferring B-19 William H. Lacy v. Robert W. Chernow, et al., E.D. Wisc., C.A. No. 85-C-0738 to the N.D. California for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and recipients. (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 593 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE STORAGE TECHNOLOGY CORPORATION LITIGATION

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| May 17, 1984 | June 22, 1984 | TO | Unpublished | N.D. California | Spencer M. Williams | |

Special Transferee Information

DATE CLOSED: July 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Honorable Spencer M. Williams
Northern District of California

DOCKET NO. 593 -- In re Storage Technology Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Michael Abelson v. STC Computer Research Corp., et al. | N.D.Cal. Williams | 84-0555-SW | | | 9/16/84 | |
| A-2 | Stuart Abelson v. Storage Technology Corp., et al. | N.D.Cal. Williams | C-84-1345-SW | | | 3/3/87 | |
| A-3 | Yenching Wu., M.D., et al. v. Storage Technology Corp., et al. | N.D.Cal. Williams | C-84-1241-SW | | | 3/3/87 | |
| A-4 | Griffin Investments, et al. v. Storage Technology Corp., et al. | D.Colo. Matsch | 84-M-430 | JUN 22 1984 | 84-4784 | 3/3/87 | |
| A-5 | B&W Co., et al. v. Storage Technology Corp., et al. | D.Colo. Matsch | 84-M-440 | JUN 22 1984 | 84-4785 | 3/3/87 | |
| A-6 | ATABA Partnership, et al. v. Storage Technology Corp., et al. | E.D.Pa. Bechtle | 84-1318 | JUN 22 1984 | 84-4783 | 10/19/84 | |
| A-7 | JS Partners v. Smith Barney, et al. | M.D.Fla. Carr | 84-206-Civ-T-13 | JUN 22 1984 | 84-4965 | 8/11/89 | |
| A-8 | Crocker National Bank, N.A. v. Storage Technology Corp., et al. | N.D.Cal. Williams | C-84-1346 SW | | | 3/3/87 | |
| A-9 | William H. Lacy, et al. v. Storage Technology Corp., et al. | D.Colo. Matsch | 84-M-594 | JUN 22 1984 | 84-4786 | 3/18/87 | |
| A-10 | Russell H. Baumgardner v. Smith Barney, Harris Upham & Co.,Inc., etal | D.Minn. Lord | 4-84-266 | JUN 22 1984 | 84-5099 | 3/3/87 | |
| A-11 | Franklin N. Groves v. Smith Barney Harris Upham & Co., Inc., et al. | D.Minn. Lord | 4-84-265 | JUN 22 1984 | 84-5098 | 3/3/87 | |
| A-12 | A. Edward Bailey v. Storage Technology Corp., et al. | D.Minn. Lord | 4-84-268 | JUN 22 1984 | 84-5100 | 3/3/87 | |
| A-13 | Dale Olseth v. Storage Technology Corp., et al. | D.Minn. ~~Lord~~ Alsop | ~~4~~ 3-84-383 | JUN 22 1984 | 84-5101 | 3/3/87 | |

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 2

DOCKET NO. 593 -- In re Storage Technology Securities Litigaiton

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-14 | Raymond L. Sachs v. Storage Technology Corp., et al. | D.Colo. | 84-611 | JUN 22 1984 | 84-4787 | 3/3/87 | |
| A-15 | Joseph F. Fogarty, Jr., et al. v. Storage Technology Corp., et al. | S.D.Fla. Spellman | 84-0672-CIV-EPS | JUN 22 1984 | 84-4798 | 3/3/87 | |
| A-16 | Dave Wolf, Jr., et al. v. Storage Technology Corp., et al. | D.Colo. Matsch | 84-M-850 | JUN 22 1984 | 84-4788 | 3/3/87 | |
| A-17 | Harry H. Harkins v. Storage Technology Corp., et al. 8-13-84 | M.D.Fla. Kovachevich | 84-419-CIV-T-17 | 8/29/84 | 84-6225 | 3/3/87 | |
| B-18 | Oliver M. Edwards, III, et al. v. Smith Barney, Harris Upham & Co., Inc., et al. 2-7-85 | D.N.Mex. Campos | CIV-84-1875 C | 5/29/85 | 85-1935 | 8/11/87D | |
| B-19 | William H. Lacy v. Robert W. Chernow, et al. 6/6/85 OPPOSED 6/21/85 | E.D.Wisc. Reynolds | 85-C-0738 | 9/25/85 | 85-8223 | 3/18/87 | |

July 1985 – 14 TR/4 XYZ/18 Pdg. (B19 opposed)

July 1986 – 1 TR/1 DIS/18 Pending

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-20 | Crocker National Bank, et al. v. Storage Technology, et al. | Cal., N. | 84-1346 | | | 3/3/87 | |
| XYZ-21 | Dale R. Olseth v. Storage Technology | Minn. | 84-0383 | 7/27/84 | 84-5101 | 3/3/87 | 1404 to Cal.,N. |

July 1987 – 2 XYZ/15 Dis/5 Pdg.

July 1988 – 5 Dis/ Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 -- In re Storage Technology Securities Litigation

MICHAEL ABELSON (A-1)
Donald E. Egan, Esquire
Katten, Muchin, Zavis
Pearl & Galler
55 East Monroe Street
Chicago, Illinois 60603

STUART ABELSON (A-2)
Jerome L. Braun, Esquire
Farella, Braun & Martel
235 Montgomery Street
San Francisco, California 94010

YENCHING WU., M.D., ET AL. (A-3)
Sharon Green, Esquire
722 Montgomery Street
Suite 35
San Francisco, California 94111

GRIFFIN INVESTMENTS, ET AL. (A-4)
B&W CO., ET AL. (A-5)
WILLIAM H. LACY, ET AL. (A-9)
DAVE WOLF, JR., ET AL. (A-16)
Jeffrey L. Smith, Esquire
Cohen, Brame & Smith, P.C.
3500 Amoco Building
1670 Broadway
Denver, Colorado 80202

JS PARTNERS (A-7)
Mark R. Eaton, Esquire
Stoppelman, Rosen & Eaton
Suite 301
1211 Connecticut Avenue, N.W.
Washington, D.C. 20036

CROCKER NATIONAL BANK, N.A. (A-8)
Thomas J. Mellon, Jr., Esquire
Chickering & Gregory
Three Embarcadero Center
23rd Floor
San Francisco, California 94111

RUSSELL H. BAUMGARDNER (A-10)
FRANKLIN N. GROVES (A-11)
David F. Herr, Esquire
Maslon, Eddelman, Borman & Brand
1800 Midwest Plaza
Minneapolis, Minnesota 55402

A. EDWARD BAILEY (A-12)
George G. Eck, Esquire
Dorsey & Whitney
2200 First Bank Place East
Minneapolis, Minnesota 55402

DALE OLSETH (A-13)
Jaffrey J. Keyes, Esquire
Gray, Plant, Mooty,
Mooty & Bennett
3400 City Center
Minneapolis, Minnesota 50402

RAYMOND L. SACHS (A-14)
Robert J. Dyer, III, Esq.
Stuz, Dyer, Miller & Selap
825 Logan Street
Denver, CO 80203

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 593 -- In re Storage Technology Security Litigation

STC. COMPUTER RESEARCH CORPORATION
STC COMPUTER SYSTEMS CORPORATION
STC COMPUTER FINANCE CORPORATION
STORAGE TECHNOLOGY CORPORATION
STORAGE TECHNOLOGY PARTNERS
JESSE I. AWEIDA
FRED K. BUELOW
ZOLTAN L. HERGER
WILLIAM J. PERRYU
L.J. SEVIN
RICHARD C. STEADMAN
ERIK T. RINGKJOB
NAIM S. AWEIDA
FRANK P. BRUNETTA
ROBERT A. BURGIN
CHARLES R. COLLINS
DAVID J. DUNN
ROBERT E. LABLANC
CHARLES J. SIEFERT
THOMAS F. WANDS

Jeffrey B. Rudman, Esquire
Hale and Dorr
60 State Street
Boston, Massachusetts 02109

SMITH BARNEY, HARRIS UPHAM & CO., INC.

Christopher Crowley, Esquire
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, New York 10005

JOSEPH F. FOGARTY, JR., ET AL. (A-15)

Timothy J. Armstsrong, Esquire
Armstrong & Mejer, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, Florida 33134

HARRY H. HARKINS (A-17)

James O. Fergeson, Jr., Esq.
Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi
1390 Main Street
Suite 610
P.O. Box 3018
Sarasota, Florida 33578

OLIVER M. EDWARDS, III, et al. B-18)

David D. Davenport, Jr., Esq.
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Post Office Box 1357
Santa Fe, New Mexico 87504

Melvin T. Yost, Esquire
Yost, Felter, Barberousse, Yost & Silver
First Interstate Bank of Santa Fe, N.A., Trustee of the Frances M. Watson Trust
320 Paseo de Peralta
Santa Fe, New Mexico 87501

Defts. in B-18

GILBERT A. HITCHCOCK
ERNEST MCCOLLUM
JACK WILSON
ELIZABETH KELLY

G. Stanley Crout, Esquire
Stephenson, Carpenter, Crout & Olmsted
Post Office Box 669
Santa Fe, New Mexico 87504

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 --

WILLIAM H. LACY (B-19) OPPOSED 6/24/85
George P. Kersten, Esquire
Kersten & McKinnon
231 West Wisconsin Avenue
Milwaukee, Wisconsin 53203

ROBERT W. CHERNOW (Deft. in B-19)
Robert V. Abendroth, Esquire
Marcia R. Schwartz, Esquire
Whyte & Hirschboeck, S.C.
2100 Marine Plaza
Milwaukee, Wisconsin 53202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 -- In re Storage Technology Securities Litigaiton

| Name of Party | Named as Party in Following Actions |
|---|---|
| STC Computer Research Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| STC Computer Systems Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| STC Computer Finance Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| Storage Technology Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| Storage Technology Partners | A-1, A-2, A-4, A-5, A-6, A-7, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| Smith Barney, Harris Upham & Co., Inc. | A-1, A-2, A-4, A-5, A-6, A-7, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, B-18, B-19 |
| Jesse I. Aweida | A-1, A-2, A-3, A-4, A-5, A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| Fred K. Buelow | A-1, A-2, A-4, A-5, A-6, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| Zoltan L. Herger | A-1, A-2, A-4, A-5, A-6, A-9, A-14, A-15, A-16, A-17 |
| William J. Perry | A-1, A-2, A-4, A-5, A-6, A-9, A-14, A-15, A-16, A-17 |
| L.J. Sevin | A-1, A-2, A-4, A-5, A-6, A-9, A-14, A-15, A-16, A-17 |

| | |
|---|---|
| Richard C. Steadman | A-1, A-2, A-4, A-5, A-6, A-9, A-12, A-14, A-15 A-16, A-17 |
| Erik T. Ringkjob | A-2, A-4, A-5, A-6, A-9, A-12, A-14, A-15, A-16 A-17 |
| Naim S. Aweida | A-4, A-5, A-6, A-9, A-10, A-11, A-12, A-13, A-15 A-16, A-17 |
| Frank P. Brunetta | A-4, A-5, A-6, A-9, A-12, A-14, A-15, A-16 A-17 |
| Robert A. Burgin | A-4, A-5, A-6, A-9, A-12, A-14, A-15, A-16, A-17 |
| Charles R. Collins | A-4, A-5, A-6, A-9, A-12, A-14, A-15, A-16 A-17 |
| David J. Dunn | A-4, A-5, A-6, A-9, A-12, A-14, A-15, A-16 A-17 |
| Robert E. LaBlanc | A-4, A-6, A-9, A-12, A-14, A-15, A-16, A-17 |
| Charles J. Siefert | A-4, A-6, A-9, A-12, A-14, A-15, A-16, A-17 |
| Thomas F. Wands | A-4, A-5, A-6, A-9, A-12, A-14, A-15, A-16 A-17 |
| Gilbert A. Hitchcock | B-18 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 593 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ernest McCollum | B-18 |
| Jack Wilson | B-18 |
| Elizabeth Kelly | B-18 |
| Robert W. Chernow | B-19 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |