JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 22 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 593

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE STORAGE TECHNOLOGY SECURITIES LITIGATION

TRANSFER ORDER*

    This litigation consists of sixteen actions pending in six federal districts: five actions in the District of Colorado, four actions each in the Northern District of California and the District of Minnesota and one action each in the Eastern District of Pennsylvania, the Middle District of Florida and the Southern District of Florida. Presently before the Panel is a motion by twenty defendants to centralize, pursuant to 28 U.S.C. §1407, the actions in this litigation in the Northern District of California for coordinated or consolidated pretrial proceedings.[1/] Also before the Panel is a cross-motion by plaintiffs in four Colorado actions to centralize, pursuant to Section 1407, the actions in the District of Colorado for coordinated or consolidated pretrial proceedings.[2/] No responding party opposes transfer; the sole dispute among the parties before the Panel concerns selection of the appropriate transferee district.

    On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These actions share numerous factual questions relating to the promotion and sale of interests in Storage Technology Partners (Storage Partners), a research and development limited partnership. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

---

\* Judges Robert H. Schnacke and Sam C. Pointer, Jr. took no part in the decision of this matter.

1/ The original motion encompassed thirteen actions. Movants subsequently added two actions to their motion by amendments.

2/ The cross-motion adds one action not included on the original motion as amended.

Three potential transferee forums--the Northern District of California, the District of Colorado and the District of Minnesota--have been suggested by parties to this litigation. Although we are of the view that either the Northern District of California or the District of Colorado could be described as an appropriate transferee forum for this litigation, on balance we conclude that the Northern District of California is the most preferable, for the following reasons:  1) Santa Clara, California was the principal place of business of Storage Partners, and many key witnesses and documents relating to the Storage Partners research and development project will likely be found in the Northern District of California; 2) the moving defendants have offered to make available for discovery in California their witnesses and documents located in Colorado; and 3) all defendants, as well as some plaintiffs, favor centralization in the Northern District of California.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the following Schedule A and pending in districts other than the Northern District of California be, and the same hereby are, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Spencer M. Williams for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

Schedule A

MDL-593 -- In re Storage Technology Securities Litigation

### District of Colorado

Griffin Investments, et al. v. Storage Technology Corp., et al., C.A. No. 84-M-430
B&W Co., et al. v. Storage Technology Corp., et al., C.A. No. 84-M-440
William H. Lacy, et al. v. Storage Technology Corp., et al., C.A. No. 84-M-594
Raymond L. Sachs v. Storage Technology Corp., et al., C.A. No. 84-611
Dave Wolf, Jr., et al. v. Storage Technology Corp., et al., C.A. No. 84-M-850

### Southern District of Florida

Joseph F. Fogarty, Jr., et al. v. Storage Technology Corp., et al., C.A. No. 84-0672-CIV-EPS

### Middle District of Florida

JS Partners v. Smith Barney, et al., C.A. No. 84-206-Civ-T-13

### District of Minnesota

Russell H. Baumgardner v. Smith Barney, Harris Upham & Co., Inc., et al., C.A. No. 4-84-266
Franklin N. Groves v. Smith Barney, Harris Upham & Co., Inc., et al., C.A. No. 4-84-265
A. Edward Bailey v. Storage Technology Corp., et al., C.A. No. 4-84-268
Dale Olseth v. Storage Technology Corp., et al., C.A. No. 4-84-383

### Eastern District of Pennsylvania

ATABA Partnership, et al. v. Storage Technology Corp., et al., C.A. No. 84-1318

### Northern District of California

Michael Abelson v. STC Computer Research Corp., et al., C.A. No. 84-0555-SW
Stuart Abelson v. Storage Technology Corp., et al., C.A. No. C-84-1345-SC
Yenching Wu, M.D., et al. v. Storage Technology Corp., et al., C.A. No. C-84-1241-TEH
Crocker National Bank, N.A. v. Storage Technology Corp., et al., C.A. No. C-84-1346-MHP